IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNION PROPERTIES, § | |
| RELATOR, § | |
| § | CIVIL NO. A-11-CA-137-LY |
| V. § | |
| § | |
| STAMPS.COM, INC., § | |
| DEFENDANT. § | |

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On September 13, 2011, Relator filed his Notice of Voluntary Dismissal of all Claims Against Defendant Stamps.com, Inc., which the Court approved by separate order. Accordingly, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Relator Union Properties, Inc.'s claims and causes of action against Defendant Stamps.com, Inc. are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the case hereby **CLOSED.**

SIGNED this __14th__ day of September, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE